| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Chris Carson, Esq., SBN 280048 |
|   | Dennis Price, Esq., SBN 279082 |
| 3 | Amanda Seabock, Esq., SBN 289900 |
| 4 | 8033 Linda Vista Road, Suite 200, |
|   | San Diego, CA 92111 |
| 5 | (858) 375-7385; (888) 422-5191 fax |
| 6 | amandas@potterhandy.com |
| 7 | Attorneys for Plaintiff |
|   | THOMAS I. SABERI, ESQ. (SBN 169652) |
| 8 | LAW OFFICE OF THOMAS I. SABERI |
| 9 | 1045 Airport Blvd., Suite 12 |
| 10 | So. San Francisco, CA 94080 |
|    | Telephone: (650) 588-2428 |
| 11 | Facsimile: (650) 873-7046 |
| 12 | Email: tsaberi@aol.com |
| 13 | JAMES M. DOMBROSKI, ESQ. (SBN 56898) |
|    | LAW OFFICE OF JAMES M. DOMBROSKI |
| 14 | Post Office Box 751027 |
| 15 | Petaluma, CA 94975 |
|    | Tel: (707)762-7807 |
| 16 | Facsimile: (707)781-4045 |
| 17 | Email: jdomski@aol.com |
| 18 | Attorney for Defendants |
|    | WCW Associates and R.A.T. Oil Inc. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case: 5:19-CV-06860-EJD |
|     Plaintiff, | |
| v. | |
| | **JOINT STIPULATION FOR** |
| WCW ASSOCIATES, a California General Partnership; R.A.T. OIL INC., a California Corporation; and Does 1-10, | **DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
|     Defendants. | |

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 16, 2021       CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorney for Plaintiff

Dated: September 16, 2021       JAMES M. DOMBROSKI

By:/s/ James M. Dombroski
   James M. Dombroski
   Attorney for Defendants
   WCW Associates and R.A.T. Oil Inc.

# SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to James M. Dombroski, counsel for WCW Associates and R.A.T. Oil Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: September 16, 2021          CENTER FOR DISABILITY ACCESS

                                             By: /s/ Amanda Seabock
                                                     Amanda Seabock
                                                     Attorney for Plaintiff